**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **VALLIE CONELY** | **CASE NO. 5:22-CV-06169** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARIO BLAKE ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommend of the Magistrate Judge [Doc. No. 8] having been considered, together with the written Objection [Doc. No. 10] having been filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint [Doc. No. 1] filed Plaintiff Vallie Conely is **DISMISSED WITHOUT PREJUDICE** for failure to make timely service and for failure to comply with the requirements of a court order.

MONROE, LOUISIANA, this 8th day of May, 2023.

_____
Terry A. Doughty
United States District Judge